JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HON YEE LAM, Plaintiff, vs. HOMESTREET BANK and EXPERIAN INFORMATION SOLUTIONS, INC., Defendants. | Case No.: CV 19-6882 (SSx) **ORDER RE STIPLATION TO DISMISS ACTION WITH PREJUDICE [35]** |
|---|---|

In consideration of the Joint Stipulation for Dismissal of Action with Prejudice, signed by Plaintiff Hon Yee Lam and Defendant HomeStreet Bank through their counsel of record, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its/his own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 8, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1